WESTERVELT v. GARRETT. (Supreme Court, Appellate Division, Third Department. January 24, 1901.) In the matter of the charges of Charles E. Westervelt against William T. Garrett as overseer of the poor of the town of Marlborough, Ulster county, N. Y. No opinion. Motion granted, and William T. Garrett removed from the office of overseer of the poor of the town of Marlborough, Ulster county, N. Y.

WETMORE, Respondent, v. WETMORE, Appellant. (Supreme Court, Appellate Division, First Department. December 31, 1900.) Action by Annette B. Wetmore against William B. Wetmore. T. P. Wickes, for appellant. F. B. Candler, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

WIERICHS, Respondent, v. INNIS, Appellant. (Supreme Court, Appellate Division, First Department. December 21, 1900.) Action by Harriet Wierichs against James Innis. J. A. Douglas, for appellant. J. G. Klee, for respondent. No opinion. Judgment affirmed, with costs.

WILLIAMS, Respondent, v. SARANAC LAKE LIGHT, HEAT & POWER CO., Appellant. (Supreme Court, Appellate Division, Third Department. January 9, 1901.) Action by Ada Williams, as administratrix, against the Saranac Lake Light, Heat & Power Company. No opinion. Judgment and order unanimously affirmed, with costs.

WILLIAMSBURGH SAV. BANK, Respondent, v. METHODIST PROTESTANT CHURCH OF VILLAGE OF WILLIAMSBURGH et al., Respondents (POWELL, Appellant). (Supreme Court, Appellate Division, Second Department. January 11, 1901.) Action by the Williamsburgh Savings Bank against the Methodist Protestant Church of the Village of Williamsburgh and others. No opinion. Order affirmed, with $10 costs and disbursements. All concur, except SEWELL, J., taking no part.

WILSON, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Second Department. January 25, 1901.) Action by William A. Wilson against Fitzhugh Smith. No opinion. Judgment and order unanimously affirmed, with costs.

WOODRUFF et al., Respondents, v. HUNTER, Appellant. (Supreme Court, Appellate Division, First Department. January 25, 1901.) Action by John R. P. Woodruff and another against Edward Hunter. S. L. Samuels, for appellant. R. Foster, for respondents. No opinion. Order affirmed, with $10 costs and disbursements.

WORTHINGTON, Respondent, v. LONDON GUARANTEE & ACCIDENT CO., Appellant. (Supreme Court, Appellate Term. February 25, 1901.) Action by Amasa Worthington against the London Guarantee & Accident Company. From a judgment in favor of the plaintiff, the defendant appeals. Reversed. Ernest F. Eidlitz, for appellant. Bostwick, Morrell & Bates, for respondent.

PER CURIAM. We find no evidence in this case that Hall & Henshaw had authority to represent the defendant in the employment of subagents; nor is there evidence sufficient to establish a ratification. The cases cited by respondent were actions brought by persons insured under policies of insurance, and have no application. If the plaintiff has a claim for commissions or damages, his remedy is against Hall & Henshaw, who employed him, and not against the defendant. The judgment, being without evidence to support it, must be reversed. Judgment reversed, and new trial ordered, with costs to the appellant to abide the event.

ZANGWILL, Appellant, v. SUN PRINTING & PUBLISHING ASS'N, Respondent. (Supreme Court, Appellate Division, First Department. February 8, 1901.) Action by Israel Zangwill against the Sun Printing & Publishing Association. H. M. Close, for appellant. F. Bartlett, for respondent. No opinion. Judgment affirmed, with costs.

ZINGREBE, Respondent, v. UNION RY. CO. OF NEW YORK CITY, Appellant. (Supreme Court, Appellate Division, Second Department. January 25, 1901.) Action by Gustav Zingrebe against the Union Railway Company of New York City. No opinion. Motion for leave to appeal to the court of appeals denied. See 67 N. Y. Supp. 554.